Case: 2:25-mj-00450-KAJ Doc #: 1 Filed: 08/04/25 Page: 1 of 12  PAGEID #: 1
Case 5:25-mj-00070-CDB   Document 1   Filed 08/06/25   Page 1 of 1
AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Garry Leon TINDALL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-450<br>)<br>) **EDCA CASE NO.: 5:25-mj-00070-CDB**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Cospiracy to Posses with Intent to Distribute 5 kilgorams or more of Cocaine, and 100 grams or more of Fentanyl |
| 18 U.S.C. 924(c)(1)(A) | Possession of a Firearm in Furtherance of Drug Trafficking |

This criminal complaint is based on these facts:
See attached Affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Alexa Hood, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 4, 2025

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio