**TORRES | TORRES STALLINGS
A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
**GARY LEON TINDALL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:25-MJ-00070-CDB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE DETENTION HEARING** |
| vs. | |
| **GARY LEON TINDALL**, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISTOPHER D. BAKER AND DAVID. GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, GARY LEON TINDALL, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the detention hearing currently set for Tuesday, August 12, 2025, at 2:30 p.m. (See ECF Doc. 5) be continued to Friday, August 15, 2025, at 2:30 p.m.

Counsel has just recently been retained over the weekend and will not have sufficient time to prepare for a detention hearing. Additionally, counsel will need to schedule an interview with Mr. Tindall and United States Pretrial Services Officer Ryan Beckwith. Counsel has spoken to AUSA David Gappa who does not object to this request.

**IT IS SO STIPULATED.**

                    Respectfully Submitted,

DATED: August 11, 2025          */s/ David A. Torres*
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          GARY LEON TINDALL

DATED: August 11, 2025          */s/David Gappa*
                                          DAVID GAPPA
                                          Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the detention hearing currently set for Tuesday, August 12, 2025 at 2:30p.m. be continued to Friday, August 15, 2025, at 2:30 p.m.

IT IS SO ORDERED.

Dated:  **August 12, 2025**                  _____
                                                        UNITED STATES MAGISTRATE JUDGE